# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA TALBOTT,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., and DOES 1 to 25,<br><br>    Defendants. | CASE NO. 2:19-cv-01322-MCE-AC<br><br>**ORDER REGARDING JOINT MOTION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>DATE:            August 20, 2020<br>TIME:            2:00 p.m.<br>COURTROOM:  7 |

**THIS MATTER** coming to be heard on the parties' Joint Motion to Modify Initial Pretrial Scheduling Order (the "Motion"), and the Court having reviewed the same and being fully advised in the premises,

**IT IS HEREBY ORDERED** that,

The Motion is granted.

1

[PROPOSED] ORDER REGARDING JOINT MOTION
TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

74154821.1

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

The deadlines in the Initial Pretrial Scheduling Order, Doc. #2 in this action, are hereby amended as follows:

- Deadline for the parties to complete all non-expert discovery:
  **January 14, 2021.**
- Deadline for the parties to disclose expert witnesses:
  **March 12, 2021.**
- Deadline for the parties to designate rebuttal experts:
  **April 12, 2021.**
- Deadline for parties to file Joint Notice of Trial Readiness ONLY IF no dispositive motions have been filed and/or the parties do not intend on filing dispositive motions by the 07/09/2021 deadline:
  **May 11, 2021.**
- Deadline for the parties to file any written requests for page limit increases with respect to any dispositive motions:
  **July 2, 2021.**
- Deadline for the parties to file dispositive motions:
  **July 9, 2021.**

IT IS SO ORDERED.

Dated: July 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE