Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA TALBOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>RED ROBIN INTERNATIONAL, INC., and DOES 1 to 25,<br><br>        Defendants. | CASE NO. 2:19-cv-01322-MCE-AC<br><br>**ORDER REGARDING JOINT MOTION TO MODIFY THIS COURT'S ORDER [DOC # 11] TO EXTEND VARIOUS DEADLINES**<br><br>**DATE:**        January 14, 2021<br>**TIME:**        2:00 p.m.<br>**COURTROOM:** 7 |

THIS MATTER coming to be heard on the parties' Joint Motion to Modify (the "Motion") this Court's Order [Doc # 11] to extend various deadlines, and the Court having reviewed the same and being fully advised in the premises,

**IT IS HEREBY ORDERED** that,

The Joint Motion is granted.

The deadlines reflected in the Court's Order [Doc # 11] are hereby amended

as follows:

| TASK | NEW DEADLINE |
|---|---|
| Completion of non-expert discovery | April 14, 2021 |
| Parties to disclose expert witnesses | June 14, 2021 |
| Parties to disclose rebuttal expert witnesses | July 12, 2021 |
| Deadline to file Joint Notice of Trial Readiness (only if no dispositive motions have been filed and/or the parties do not intend on filing dispositive motions by the July 9, 2021 deadline) | August 11, 2021 |
| Deadline for parties to file any written requests for page limit increases with respect to any dispositive motions | October 4, 2021 |
| Deadline for the parties to file dispositive motions | October 11, 2021 |

IT IS SO ORDERED.

Dated:  December 18, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

# **PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action; I am employed by POLSINELLI LLP in the County of Los Angeles, California at 2049 Century Park East, Suite 2900, Los Angeles, California 90067.

On **December 15, 2020,** I served **[PROPOSED] ORDER REGARDING JOINT MOTION TO MODIFY THIS COURT'S ORDER [DOC # 11] TO EXTEND VARIOUS DEADLINES** on the counsel listed and by the methods indicated as follows:

☒ **BY ELECTRONIC SERVICE:** I caused this document to be transmitted by electronic service via CM/ECF for the same day delivery to the email addresses set forth above.

☒ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 15, 2020**, at Los Angeles, California.

*/s/ Zelda Young*
Zelda Young