Landon T. Little (271494)
RICH, FUIDGE, BORDSEN & GALYEAN, INC.
1129 D Street
Marysville, CA 95901
Telephone: (530) 742-7371
Facsimile: (530) 742-5982
Email: ltlittle@yubasutterlaw.com

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA TALBOTT,<br><br>           Plaintiff,<br><br>      v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br>and DOES 1 to 25,<br><br>           Defendants. | CASE NO. 2:19-cv-01322-MCE-AC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, and with each party to bear its own attorneys' fees and costs.

                              **RICH, FUIDGE, BORDSEN &
                              GALYEAN, INC.**


Dated: March 10, 2021          By: */s/ Landon T. Little*
                                   Landon T. Little

                                   Attorney for Plaintiff
                                   **ANGELA TALBOTT**

1
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

77095864.1

**POLSINELLI LLP**

Dated: March 10, 2021         By: */s/ Stephanie Bowlby*
                                  Stephanie Bowlby

                                  Attorney for Defendant
                                  **RED ROBIN INTERNATIONAL, INC**

**ORDER**

The stipulation is **APPROVED**.  The entire action is hereby **DISMISSED** with prejudice, and the Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

Dated:  March 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

77095864.1